[No. 6639-4-II.  Division Two.  September 27, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RAYMOND C. BRUNDAGE, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. C-2468, Herbert E. Wieland, J., entered September 24, 1982. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Petrie and Reed, JJ.